**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JING CHEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2130-G** |
| | ) | |
| **TODD BLANCHE, Attorney General of the United States, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On August 14, 2026, Petitioner Jing Chen filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention by U.S. Immigration and Customs Enforcement. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On September 8, 2026, Judge Mitchell issued a Report and Recommendation ("R. & R.," Doc. No. 8), in which she recommended that the Petition be dismissed without prejudice based on Petitioner's failure to comply with the Court's rules and orders and to prosecute this action. Specifically, Petitioner had not cured payment deficiencies identified by the magistrate judge or responded to the magistrate judge's Order to Show Cause (Doc. No. 7). *See* R. & R. at 1-3.

On September 10, 2026, Petitioner filed a combined Response to the Order to Show Cause and Objection to the R. & R. ("Pet'r's Obj.," Doc. No. 11), stating that the payment deficiencies have now been cured. *See id.* at 1; *see also* Doc. Nos. 9, 10. Petitioner further states that the failure to pay the requisite fees or to timely respond to the Order to Show

Cause were caused by "an inadvertent breakdown in communications" between Petitioner's lead counsel and local counsel. Pet'r's Obj. at 3. Petitioner's counsel asserts that remedial measures have been implemented to prevent future lapses. *See id.* at 4.

The undersigned finds that sufficient cause has been shown and that Petitioner has made a good-faith attempt to comply with the Court's rules and orders. The Court therefore will re-refer this action to allow Petitioner to proceed with this matter in accordance with applicable Federal and Local Civil Rules.

CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 8) is ADOPTED. The Court declines to dismiss the action at this time.

This matter is re-referred to Judge Mitchell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 23rd day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge